UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GUADALUPE BETANCOURT, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 1:12-cv-535 |
| J.C. PENNEY COMPANY, INC. <br> A Foreign Company | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

The parties, through their undersigned counsel, hereby inform the Court that settlement of the present matter has been reached and the parties are in the process of finalizing the settlement agreement. The parties anticipate filing a dismissal with prejudice within the next 30 days. The parties therefore request that this honorable court vacate all dates currently set on the calendar for the present matter.

Dated: January 4, 2013

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| By: _/s/ Pete M. Monismith___ | By: _/s/ Valerie Mock_____ |
| Pete M. Monismith, Esq. <br> Pete M. Monismith, P.C. <br> 3945 Forbes Ave., #175 <br> Pittsburgh, PA 15213 <br> ph. (724) 610-1881 <br> pete@monismithlaw.com | Valerie Henning Mock, Esq. <br> KOPKA, PINKUS, DOLIN & EADS, P.L.C. <br> 33533 W. Twelve Mile Road <br> Suite 350 <br> Farmington Hills, MI 48331-5611 <br> vhmock@kopkalaw.com |

1