UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


GUADALUPE BETANCOURT, Individually,     :
                                        :
            Plaintiff,                   :
                                        :
v.                                       :   Case No. 1:12-cv-535
                                        :
J.C. PENNEY COMPANY, INC.               :
A Foreign Company                        :
                                        :
            Defendant.                   :
_____/   :


/s/ Pete M. Monismith                  /s/ Valerie Mock
PETE M. MONISMITH                      Valerie Henning Mock, Esq.
PETE M. MONISMITH, PC                  KOPKA, PINKUS, DOLIN & EADS, P.L.C.
3945 Forbes Avenue,                    33533 W. Twelve Mile Road
Suite #175                             Suite 350
Pittsburg, Pennsylvania  15213         Farmington Hills, MI 48331-5611
Telephone:  (724) 610-1881             vhmock@kopkalaw.com
Facsimile (412) 258-1309               **Attorneys for Defendant**
Pete@monismithlaw.com
**Attorneys for Plaintiff**

---

### STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE


            At a session of said Court, held in the U.S. District Court for the
            Western District of Michigan,
                 On:  _____


                 _____
                      PRESENT:  Gordon J. Quist
                 United States District Court Judge

        The parties having stipulated to the entry of an Order dismissing the case with prejudice,

and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

_____
Honorable Gordon J. Quist
United States District Court Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order of Dismissal, With Prejudice.

/s/ Pete M. Monismith
PETE M. MONISMITH
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburg, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

Dated: January 22, 2013

/s/ Valerie Mock
Valerie Henning Mock, Esq.
KOPKA, PINKUS, DOLIN & EADS, P.L.C.
33533 W. Twelve Mile Road
Suite 350
Farmington Hills, MI 48331-5611
vhmock@kopkalaw.com
*Attorneys for Defendant*

Dated: January 22, 2013

2