UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GUADALUPE BETANCOURT, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 1:12-cv-535 |
| J.C. PENNEY COMPANY, INC. A Foreign Company | : |
| Defendant. | : |
| _____/ | : |

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Valerie Mock |
| PETE M. MONISMITH | Valerie Henning Mock, Esq. |
| PETE M. MONISMITH, PC | KOPKA, PINKUS, DOLIN & EADS, P.L.C. |
| 3945 Forbes Avenue, | 33533 W. Twelve Mile Road |
| Suite #175 | Suite 350 |
| Pittsburg, Pennsylvania 15213 | Farmington Hills, MI 48331-5611 |
| Telephone: (724) 610-1881 | vhmock@kopkalaw.com |
| Facsimile (412) 258-1309 | *Attorneys for Defendant* |
| Pete@monismithlaw.com | |
| *Attorneys for Plaintiff* | |

## STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE

At a session of said Court, held in the U.S. District Court for the Western District of Michigan,
On: January 23, 2013

HON. GORDON J. QUIST
PRESENT: Gordon J. Quist
United States District Court Judge

The parties having stipulated to the entry of an Order dismissing the case with prejudice, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

`/s/ Gordon J. Quist`
Honorable Gordon J. Quist
United States District Court Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order of Dismissal, With Prejudice.

| | |
|---|---|
| /s/ Pete M. Monismith<br>PETE M. MONISMITH<br>PETE M. MONISMITH, PC<br>3945 Forbes Avenue,<br>Suite #175<br>Pittsburg, Pennsylvania 15213<br>Telephone: (724) 610-1881<br>Facsimile (412) 258-1309<br>Pete@monismithlaw.com<br>*Attorneys for Plaintiff*<br><br>Dated: January 22, 2013 | /s/ Valerie Mock<br>Valerie Henning Mock, Esq.<br>KOPKA, PINKUS, DOLIN & EADS, P.L.C.<br>33533 W. Twelve Mile Road<br>Suite 350<br>Farmington Hills, MI 48331-5611<br>vhmock@kopkalaw.com<br>*Attorneys for Defendant*<br><br>Dated: January 22, 2013 |